FILED
2007 Mar-14 PM 03:08
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
JASPER DIVISION

| | |
|---|---|
| BENJAMIN ALLEN HOPPER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 6:06-CV-0686-LSC-RRA |
| ) | |
| EDDIE COLLINS, et al., ) | |
| ) | |
| Defendants. ) | |

MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on February 14, 2007, recommending that the defendants' motion for summary judgment be granted and this cause be dismissed without prejudice for plaintiff's failure to exhaust his administrative remedies. Plaintiff filed objections on February 28, 2007. Plaintiff objects to the recommendation of the magistrate judge on the ground that he could not exhaust his administrative remedies because he was not given an inmate handbook and was unaware of them.

Under current law, plaintiff must exhaust the administrative remedy procedure available in the Walker County Jail before proceeding herein. The statute provides no exceptions, and precludes any further action on these claims until plaintiff has fully and properly exhausted the administrative remedy procedure. *See Woodford v. Ngo*, 126 S.Ct. 2378, 2006 WL 1698937; *see also Wendell v. Asher,* 162 F.3d 887, 890-91 (5th Cir.1998)(§ 1997e(a)). Plaintiff is now aware of the administrative process and may file a grievance according to that procedure. After exhausting the remedies available to him at the Walker County Jail, if he is not satisfied with the outcome, plaintiff may file a lawsuit in federal court.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections filed by the plaintiff, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and his recommendation is ACCEPTED.  The Court EXPRESSLY FINDS that there are no genuine issues of material fact and that the defendants are entitled to judgment as a matter of law.  Accordingly, defendants' motion for summary judgment is due to be GRANTED and this action is due to be DISMISSED WITHOUT PREJUDICE.  A final order will be entered.

Done this 14th day of March 2007.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
124153